Civil Action No
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Friedrich Lu, Plaintiff

v

Comcast Cable Communications, LLC, Defendant

## COMPLAINT

(1)     The court has subject matter jurisdiction over this matter under 28 USC § 1331.

(2)     Doing business as Xfinity, Comcast Cable Communications, LLC is incorporated in Delaware and has its principal place of business (Comcast Center, whose address is 1701 John F Kennedy Blvd, Philadelphia, PA 19103) in the state of Pennsylvania.

(3)     Plaintiff Friedrich Lu has a Gmail account, including Drive for documents. Google has notified Lu that his account has been hacked or snooped on, the recent one being a break-in on Aug 10, 2022. A nominal defendant, see *In re Nickelodeon Consumer Privacy Litigation* (CA3 2016) 827 F.3d 262, 283 and n 129, said LLC is the Internet Service Provider (ISP) of that particular hacker. It appears that the hacker may not be a citizen of Pennsylvania. Hence this civil action is expected to be for discovery only.

(4)     Count One: 18 USC § 2511(1)(a)

(5)     Count Two: Mass Gen Law chap 277, § 99(C)(1) (interception of wire communications)

Plaintiff:      Friedrich Lu, pro se
Date:          September 2, 2022
Email address: x2flu@yahoo.com
Address:       ℅ St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112