UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Friedrich Lu, Plaintiff                         )         Civil Action No 22-3633-RBS
    v                                              )
Comcast Cable Communications, LLC, Defendant    )

MOTION TO DEFAULT DEFENDANT FOR FORGING DOCUMENT

(1)     Thirty nine (39) days ago on Apr 21, 2023 defendant as well its counsel filed a notice -- which plaintiff Friedrich Lu trusts would be the last one -- about the service or lack thereof of its document filed on Dec 30, 2022. The notice included Exhibit 3: a purported Dec 30, 2022 email from Cathryn Hill (a paralegal in the law firm that represents defendant) to Lu. The email was forged. Lu has waited for the defense to produce an affidavit from someone there to authenticate the email, but the defense did not -- or, shall we say, dare not -- take the bait.

(2)
(a) Third circuit has twice defined fraud on the court to be necessarily "successful[]," the most recent in *In re Bressman* (CA3 2017) 874 F.3d 142, 150. Such an element is not found in at least one other circuit: *Aoude* v *Mobil Oil Corp* (CA1 1989) 892 F.2d 1115.

(b)     Rather, in this circuit fraud on the court that is not yet successful (because the case is still pending) is termed "an attempt to to commit a fraud upon the court." *Theokary* v *Abbatiello* (*In re Theokary*) (CA3 2015) No 14-1287, slip opinion at 5 and 7 http://www2.ca3.uscourts.gov/opinarch/141287np.pdf
, aff'g (Bankr.E.D.Pa. 2012) 468 BR 729.

The outcome between an attempt and completed fraud on the court is the same in third circuit: the fraudster's defeat.

(c)     The falsehood in *Bressman* is not directly linked to the claim, yet the sanction is to the hilt. Compare *Garcia* v *Berkshire Life Insurance Co of America* (CA10 2009) 569 F.3d 1174, 1181 (distinguishing two Ninth Circuit cases).

1

(3)     Lu moves to default defendant for falsifying Evidence 3, the email.

Plaintiff:        Friedrich Lu, pro se
Date:           May 30, 2023
Email address: chi2flu@gmail.com
Address:        ℅ St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112
For certificate of service, see Fed Rule Civ Proc 5(b)(2)(E). However, Lu did serve electronically a copy of this document on Attorney David Carcamo on the same day.