IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRIEDRICH LU : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 22-3633 |
| COMCAST CABLE : | |
| COMMUNICATIONS, LLC : | |

**O R D E R**

**AND NOW**, this <u>6th</u> day of <u>August</u>, 2024, the Third Circuit having affirmed the Court's judgment (ECF Nos. 37, 38, 39), and Plaintiff having not file a second amended complaint pursuant to the Court's October 30, 2023, Order (ECF No. 33), it is **ORDERED** that Plaintiff's claims are **DISMISSED** *with prejudice.*

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**